IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KATHY CONYER**                                                                                             **PLAINTIFF**

v.                          **CASE NO. 5:07CV00158 BD**

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration                                          **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Kathy Conyer.

IT IS SO ORDERED this 17th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE